# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES STERNER, | : | No. 3:16cv2453 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| LIBERTY INSURANCE | : | |
| CORPORATION t/a Liberty Mutual, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 22th day of February 2018, the defendant's motion for summary judgment (Doc. 13) is hereby **DENIED**.

                                          **BY THE COURT:**

                                          **s/ James M. Munley**
                                          **JUDGE JAMES M. MUNLEY**
                                          **United States District Court**